UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN SCOTT,

    Plaintiff,

v.                                              Case No.: 8:14-cv-1437-T-24-TBM

HESS RETAIL OPERATIONS, LLC,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Motion to Strike Expert David McKalip, M.D. (Doc. No. 108). Defendant opposes the motion. (Doc. No. 125). As explained below, the motion is denied.

On December 19, 2014, this Court issued an amended scheduling order, which set Defendant's expert disclosure deadline as February 13, 2015 and the Daubert motion deadline as March 16, 2015. (Doc. No. 41). On March 16, 2015, Defendant served its Request for Medical Examination on Plaintiff, which was to be conducted by Dr. McKalip. (Doc. No. 56-3). In response, Plaintiff filed a motion to quash the request, stating "Plaintiff is not objecting to an IME/CME by a properly qualified Orthopedic Surgeon, but rather is objecting to an IME conducted by an unqualified doctor who is not a board certified Orthopedic Surgeon, and Dr. McKalip falls squarely into that category." (Doc. No. 56, p. 4). The magistrate judge denied Plaintiff's motion to quash, stating:

> Defendant demonstrates that Plaintiff's physical condition beyond that of his shoulder is in controversy and good cause exists to require Plaintiff to submit to the examination. Plaintiff's objections to Dr. McKalip performing the IME/CME are overruled. Within thirty (30) days from [April 16, 2015], Plaintiff shall submit to an IME/CME by

> Dr. McKalip . . . .

(Doc. No. 62)(footnote omitted).

On May 8, 2015, Plaintiff underwent the CME with Dr. McKalip, and Dr. McKalip issued his expert report that same day. Defendant forwarded the expert report to Plaintiff on June 22, 2015. (Doc. No. 108-1). Thereafter, on July 13, 2015, Plaintiff filed his untimely Daubert motion regarding Dr. McKalip, which this Court denied. (Doc. No. 74, 90). On August 7, 2015, Plaintiff filed a motion to reconsider that ruling, which the Court denied. (Doc. No. 94, 99).

Currently before the Court is Plaintiff's motion to strike Dr. McKalip as an expert witness, because Dr. McKalip's expert report was disclosed after the February 13, 2015 expert disclosure deadline. However, on April 16, 2015 (after the expert disclosure deadline), Magistrate Judge McCoun specifically ordered that Plaintiff undergo the CME with Dr. McKalip. (Doc. No. 62). As such, the timeliness of Dr. McKalip's expert report is not at issue, as the examination by Dr. McKalip was Court-ordered after Plaintiff objected to it. Therefore, the Court **DENIES** Plaintiff's motion to strike Dr. McKalip as an expert in this case.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of September, 2015.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record